UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENNA KELLOGG, ) | CASE NO. C09-0312-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING PLAINTIFF'S |
| ) | APPLICATION TO PROCEED *IN* |
| MICHAEL J. ASTRUE, ) | *FORMA PAUPERIS* AND DIRECTING |
| Commissioner of Social Security, ) | RETURN OF SUMMONS |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) She indicates that her only source of income is from "DSHS", but does not clarify the amount received from that source. (*Id*. at 1.) **Plaintiff and her counsel are reminded to provide complete information on documents provided to the Court**. However, notwithstanding the omission of the information, plaintiff does not appear to have funds available to afford the $350.00 filing fee. Accordingly, her application to proceed IFP is GRANTED.

(1) The Clerk is directed to send a copy of this Order to plaintiff's counsel, and to issue summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate parties. <u>**Plaintiff shall note that it is plaintiff's and plaintiff's attorney's**</u>

01 **responsibility to properly serve copies of the complaint along with appropriate summonses**

02 **as required by Rule 4 of the Federal Rules of Civil Procedure.**

03     (2)    The Clerk is directed to send to plaintiff's counsel a copy of the Notice of Initial

04 Assignment and Consent to Proceed before a United States Magistrate Judge.

05     DATED this 13th day of March, 2009.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS* AND DIRECTING
RETURN OF SUMMONS
PAGE -2