| | |
|---|---|
| BRENNA KELLOGG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C09-0312-TSZ-MAT<br><br><br>~~PROPOSED~~ ORDER AMENDING THE BRIEFING SCHEDULE |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF WASHINGTON

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before August 24, 2009;

- Plaintiff shall file the optional Reply Brief on or before September 7, 2009.

DATED this <u>21st</u> day of July, 2009.

<u>s/ J. Kelley Arnold</u><br>
for: Mary Alice Theiler<br>
United States Magistrate Judge

Presented by:
s/ LEISA A. WOLF          WSB # 23206
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98105-7075
Telephone:  (206) 615-3621
FAX:  (206) 615-2531
Leisa.Wolf@ssa.gov